STATE v. BECRAFT

No. 5 PC.

Case below: 33 N.C. App. 709.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 12 September 1977.

STATE v. CONRAD

No. 15 PC.

Case below: 33 N.C. App. 638.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 12 September 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 September 1977.

STATE v. CONYERS

No. 71.

Case below: 33 N.C. App. 654.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 October 1977.

STATE v. DAILEY

No. 68.

Case below: 33 N.C. App. 600.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 September 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 September 1977.

STATE v. DUNLAP

No. 12 PC.

Case below: 33 N.C. App. 638.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 September 1977.